# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTELL C. WILLIAMS,<br><br>        Petitioner,<br><br>        v.<br><br>M.D. MCDONALD,<br><br>        Respondent. | NO. ED CV 10-1027 DOC (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: July 30, 2010.

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE